***E-FILED 03-29-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | No. C10-05862 HRL |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| DOES 1-2010, | |
| Defendants. | |

On March 29, 2011, this court held a show cause hearing re why this case should not be dismissed for failure to prosecute. Based on the discussion held at the hearing, the March 22, 2011 show cause order is discharged.

SO ORDERED.

Dated: March 29, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05862-HRL Notice has been electronically mailed to:

2  Ira M. Siegel    irasiegel@earthlink.net

3  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.