Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:   310-657-2187

Attorney for Third Degree Films, Inc.

*E-FILED 05-31-2011*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Third Degree Films, Inc., a California corporation,<br><br>                                 Plaintiff,<br><br>          v.<br><br>DOES 1-2010,<br><br>                                 Defendants. | CASE NO. CV 10-05862 HRL<br><br>[Proposed] ORDER GRANTING PLAINTIFF LEAVE TO TAKE EARLY DISCOVERY<br><br>[Re:  Docket No. 10] |

The Court, having reviewed Plaintiff's Ex Parte Application for Leave to Take Limited Discovery Prior to a Rule 26 Conference and the supporting documents submitted therewith, and good cause appearing therefore, hereby grants Plaintiff's Ex Parte Application and orders as follows:

1.      **IT IS HEREBY ORDERED** that Plaintiff is allowed to serve immediate discovery on the internet service providers (lSPs) listed in Exhibit A to the First Amended Complaint filed in this matter to obtain the identity of the Doe Defendants listed in that Exhibit by serving a Rule 45 subpoena that seeks information sufficient to identify each such Defendant, including the name, addresses, telephone numbers, and email addresses of such Defendant.

2.     **IT IS FURTHER ORDERED** that Plaintiff's counsel shall issue subpoenas in substantially the same form as the example attached as Exhibit 1 to Plaintiff's Ex Parte Application for Leave to Take Limited Discovery Prior to a Rule 26 Conference, with each subpoena including a copy of this Order.

3.     **IT IS FURTHER ORDERED** that subpoenas authorized by this Order and issued pursuant thereto shall be deemed appropriate court orders under 47 U.S.C. §551.

4.     **IT IS FURTHER ORDERED** that each ISP will have 30 days from the date of service upon it to serve each of its subscriber(s) whose identity information is sought with a copy of the subpoena and a copy of this Order.  The ISPs may serve the subscribers using any reasonable means, including written notice sent to the subscriber's last known address, transmitted either by first-class mail or via overnight service.

5.     **IT IS FURTHER ORDERED** that each subscriber shall have 30 days from the date of service upon him, her or it to file any motions in this court contesting the subpoena (including a motion to quash or modify the subpoena). If that 30-day period lapses without the subscriber contesting the subpoena, the ISP shall have 10 days to produce to Plaintiff the information responsive to the subpoena with respect to that subscriber.

6.     **IT IS FURTHER ORDERED** that, because no appearance by a person at a deposition is required by the subpoena, instead only production of documents, records and the like is required, the witness and mileage fees required by Rule 45(b)(1) of the Federal Rules of Civil Procedure do **not** apply and no such fees need be tendered.

7.     **IT IS FURTHER ORDERED** that any ISP that receives a subpoena pursuant to this Order shall not assess any charge to the Plaintiff in advance of providing the information requested in the subpoena, and that any ISP that receives a subpoena and elects to charge for the costs of production shall provide a billing summary and cost reports that serve as a basis for such billing summary and any costs claimed by such ISP.

8.     **IT IS FURTHER ORDERED** that any ISP that receives a subpoena shall preserve all subpoenaed information pending the ISP's delivering such information to Plaintiff or

1  the final resolution of a timely filed and granted motion to quash the subpoena with respect to
2  such information.
3      9.    **IT IS FURTHER ORDERED** that any information disclosed to Plaintiff in
4  response to a subpoena may be used by Plaintiff solely for the purpose of protecting its rights
5  under the Copyright Act, 17 U.S.C. § 101 et seq.
6      **IT IS SO ORDERED.**

8  Date: _____May 31,_____ , 2011          _____
9                                          Howard R. Lloyd
                                            United States Magistrate Judge

[Proposed] Order Granting Plaintiff's Ex Parte Application for Leave   3
to Take Limited Discovery Prior to a Rule 26 Conference - CV 10-05862 HRL