**\*E-FILED 05-31-2011\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | No. C10-05862 HRL |
| Plaintiff,<br>v. | **CLERK'S NOTICE RE CASE MANAGEMENT CONFERENCE** |
| DOES 1-2010, | |
| Defendants. / | |

PLEASE TAKE NOTICE THAT a case management conference has been set for **August 30, 2011, 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. A joint case management statement shall be filed by **August 23, 2011**.

Dated: May 31, 2011

/s/
Chambers of Magistrate Judge Howard R. Lloyd

1  5:10-cv-05862-HRL Notice has been electronically mailed to:

2  Ira M. Siegel    irasiegel@earthlink.net

3  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

2