Nicholas Kayhan (SBN: 129878)
nkayhan@kslaw.com
King & Spalding, LLP
101 Second Street, Suite 2300
San Francisco, CA 94015
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for DOE 26

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-2010,<br><br>Defendants. | CASE NO. **5:10-cv-05862**-HRL<br><br>N.D. Indiana, Case No. 4:11:MC-2-APR<br><br>NOTICE OF FILING OF MOTION TO QUASH SUBPOENA SERVED ON PURDUE UNIVERSITY |

Notice is given that DOE No. 26 has filed a Motion to Quash Subpoena Served on Purdue University in the Northern District of Indiana, Lafayette Division. The action is Case No. 4:11:MC-2-APR.

DATED: July 8, 2011

Respectfully submitted,

King & Spalding, LLP

By: _____
Nicholas Kayhan
California Bar No. 129878
King & Spalding, LLP
101 Second Street, Suite 2300
San Francisco, CA 94015
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
nkayhan@kslaw.com

Attorney for DOE No. 26

Of Counsel:

Tracie J. Renfroe (subject to pro hac vice admission)
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: 713-751-3214
Facsimile: 713-751-3290
trenfroe@kslaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true, correct and complete copy of the foregoing Notice of Filing of Motion to Quash Subpoena Served on Purdue University was served via First Class Mail, postage pre-paid and Electronic Mail, addressed to Plaintiff's counsel of record as follows:

> Ira M. Siegel
> 433 N. Camden Drive, Suite 970
> Beverly Hills, California 90210
> Email Address: irasiegel@earthlink.net

with a copy to Purdue University counsel:

> Deborah B. Trice, Esquire
> Stuart & Branigin LLP
> 300 Main Street, Suite 900
> Lafayette, Indiana 47902
> Email Address: dbt@stuartlaw.com

This 8th day of July, 2011.

*/s/ Nicholas Kayhan*
Nicholas Kayhan