**\*E-FILED 08-03-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | No. C10-05862 HRL |
| Plaintiff, | **ORDER (1) SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; AND (2) SETTING BRIEFING AND HEARING SCHEDULE RE MOTION TO DISMISS** |
| v. | |
| DOES 1-2010, | |
| Defendants. | |

A defendant, identifying himself only as John Doe, IP Address 69.116.186.51 has filed a motion to dismiss for lack of personal jurisdiction, or alternatively, for a protective order and leave to proceed anonymously. (Docket No. 17). Absent consent, however, the undersigned has no authority to issue a dispositive order. 28 U.S.C. § 636(b)(1). Accordingly:

No later than **August 17, 2011**, John Doe, IP Address 69.116.186.51, shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

Assuming this matter remains before the undersigned, the court sets the following briefing and hearing schedule re John Doe's motion to dismiss:

- Any opposition shall be filed by **September 27, 2011**.
- Any reply shall be filed by **October 4, 2011**.

1 • The motion is set for hearing on **October 18, 2011, 10:00 a.m.** in Courtroom 2.
If the court determines that the matter may be submitted without oral argument, it will so notify
the parties.

SO ORDERED.

Dated: August 3, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:10-cv-05862-HRL Notice has been electronically mailed to:

2  Ira M. Siegel     irasiegel@earthlink.net

3  Nicholas Darius Kayhan     nkayhan@kslaw.com, hhauck@kslaw.com

4  Richard Norman Koehler , II     richard@koehlerlawoffice.org

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7  Notice sent by U.S. mail to:

8  John Doe, IP Address 69.116.186.51
   P.O. Box 8615
9  Saddle Brook, NJ 07663