UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Third Degree Films, Inc., a California
Corporation

                 Plaintiff(s),

    v.

Does 1-2010

                Defendant(s).

_____/

No. C  10-05862 (HRL)

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: ____08/12/2011_____

Signature ____/s/Louis J. Hoffman_____

Counsel for ___Defendant Doe 686_____
(Plaintiff, Defendant, or indicate "pro se")