UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD DEGREE FILMS,<br><br>    Plaintiff(s),<br><br>v.<br><br>DOES 1-2010,<br><br>    Defendant(s).<br>_____/ | No. 5:10-cv-05862 EJD<br><br>CLERK'S NOTICE SETTING MOTIONS FOR HEARING AND CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the recent case reassignment the Court sets the following Motions for Hearing on **October 28, 2011 at 9:00 AM** before Judge Edward J. Davila Courtroom 1, 5th Floor, 280 S. 1st Street, San Jose, California:

    (1) Motion to Dismiss and, in the Alternative, MOTION to Issue Protective Order and Motion for Leave to Proceed Anonymously (Docket Item No. 17)

    (2) Motion to Quash and/or Limit Subpoena (Docket Item No. 20)

    (3) Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, MOTION to Quash Subpoena and MOTION to Dismiss or MOTION to Sever for misjoinder (Docket Item No. 23)

    (4) Motions to (1) to Make an Anonymous Special Appearance, (2) MOTION to Dismiss for Lack of Personal Jurisdiction, (3)MOTION to Sever and, (4) MOTION to Quash the Subpoena or MOTION for a Protective Order (Docket Item No. 24).

The parties shall file simultaneous briefing as follows:

    (1) Plaintiff shall file Oppositions to all motions on or before **September 30, 2011**;

    (2) Defendants shall file replies on or before **October 14, 2011.**

//

//

//

A Case Management Conference has also been set for **October 28, 2011 at 10:00 AM** in Courtroom 1, 5th Floor, 280 S. 1st Street, San Jose, California. On or before **October 21, 2011**, the parties shall file a joint case management conference statement.

Dated: August 19, 2011

                                          FOR THE COURT,
                                          Richard W. Wieking, Clerk

by: *Elizabeth C. Garcia*
      Elizabeth C. Garcia
      Courtroom Deputy

2