Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff Third Degree Films, Inc.



8/23/2011

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Third Degree Films, Inc.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-2010,<br><br>　　　　　　Defendants. | CASE NO. CV-10-05862-EJD<br><br>**Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 247, 275, 279, 380, 713, 746, 758, 1107, 1368** |
|---|---|

　　　　Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 247 | 184.97.156.132 | 2010-09-29 23:30:54 -0400 |
| Doe 275 | 209.173.190.111 | 2010-10-19 20:40:14 -0400 |
| Doe 279 | 209.6.139.180 | 2010-09-21 23:02:16 -0400 |
| Doe 380 | 24.183.176.221 | 2010-09-28 19:01:34 -0400 |
| Doe 713 | 67.81.226.203 | 2010-09-19 18:54:05 -0400 |
| Doe 746 | 68.169.178.63 | 2010-10-09 21:16:37 -0400 |
| Doe 758 | 68.196.221.144 | 2010-09-14 18:26:20 -0400 |
| Doe 1107 | 71.213.152.198 | 2010-10-09 19:00:19 -0400 |
| Doe 1368 | 75.163.233.197 | 2010-09-22 15:13:05 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: August 19, 2011

*Ira M. Siegel*

Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff Third Degree Films, Inc.