*E-FILED 08-29-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | No. C10-05862 HRL |
| Plaintiff, | **ORDER SEALING DOCUMENT** |
| v. | |
| DOES 1-2010, | |
| Defendants. | |

The court has received a letter from a Doe defendant, IP Address 97.112.130.10, re a subpoena served on a nonparty service provider. That defendant having requested that her personal information not be disclosed in the public record, IT IS ORDERED THAT until further order of the court, her response letter shall be filed under seal.

Dated: August 29, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:10-cv-05862-HRL Notice has been electronically mailed to:

2 Ira M. Siegel     irasiegel@earthlink.net

3 Louis J. Hoffman     Louis@valuablepatents.com, donald@valuablepatents.com

4 Nicholas Darius Kayhan     nkayhan@kslaw.com, dverduga@kslaw.com, hhauck@kslaw.com

5 Richard Norman Koehler , II     richard@koehlerlawoffice.org

6 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.