DOE 1238
c/o Paul A. Chin, Esq.
Law Offices of Paul A. Chin
The Wooloworth Building
233 Broadway, 5th Floor
New York, NY 10279
(o) 212-964-8030
(f) 212-964-2575

August 26, 2011

**VIA FACSIMILE (408) 535-5410**
The Honorable Howard R. Lloyd
United States Magistrate Judge
U.S. District Court for the Northern District of California
San Jose Courthouse – Courtroom 2 – 5th Floor
280 South 1st Street
San Jose, CA 95113

      Re:   *Request for Extension of Time to File Motion to Quash Subpoena*
           *Third Degree Films, Inc. v. Does 1-2010*
           *Case No: CV 10-05862 (HRL)*
           *U.S. District Court for the Northern District of California*

Dear Judge Lloyd:

I have been identified as Doe 1238 in the Attachment A to Plaintiff's Complaint in the above referenced action. I recently received a notice from Verizon Online informing me that they were served with a subpoena from Plaintiff's counsel which is seeking personal and confidential information regarding the user to internet protocol address 74.105.163.212, i.e. Doe 1238.

I wish to move to have this Court (or the Court that issued the subpoena on Verizon) quash Plaintiff's subpoena and have retained the law firm identified above to assist me in this matter. It appears my deadline to file my motion to quash is set for Monday, August 30, 2011. I respectfully request that I receive an extension of time in which to file my motion to quash from August 30, 2011 to September 2, 2011.

I respectfully request that all communication regarding this matter be sent directly to my attorney at the office address and office number above.

Sincerely,

Doe 1238

Doe 1238

cc:    Verizon Legal Compliance   *(via fax (325) 949-6916)*
       Custodian of Records

P.O. Box 1001
San Angelo, TX 76902

Ira M. Siegel, Esq.         *(via fax (310) 657-2187)*
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210-4426
*Attorneys for Plaintiff*

# LAW OFFICES OF PAUL A. CHIN

### 233 BROADWAY, 5TH FLOOR
### NEW YORK, NY 10279
PHONE (212) 964-8030 • FAX (212) 964-2575

---

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO** The Honorable Howard R. Lloyd | **FROM** Paul Chin, Esq. |
| **COMPANY:** U.S. District Court for the Northern District of California | **DATE:** 8/26/2011 |
| **FAX NUMBER:** 408-535-5410 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| **PHONE NUMBER:** 408-535-5411 | **SENDER'S REFERENCE NUMBER:** N/A |
| **RE:** *Doe 1238's Request for Extension of Time* *Third Degree Films, Inc. v. Does 1-2010* Case No: CV 10-05862 (HRL) | **YOUR REFERENCE NUMBER:** N/A |

☐ URGENT    ☒ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

RECEIVED

AUG 26 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose