\*E-FILED 08-30-2011\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | No. C10-05862 HRL |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |
| v. | |
| DOES 1-2010, | |
| Defendants. | |

Doe Defendant 1238 (IP Address 74.105.163.212) requests a three-day extension of this court's ordered deadline to file a motion to quash the Fed. R. Civ. P. 45 subpoena served on a nonparty service provider. The court finds that no serious prejudice will result from the brief extension. Defendant's request therefore is granted. Defendant shall have until September 2, 2011 to file a motion re the subject subpoena.

Dated: August 30, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05862-HRL Notice has been electronically mailed to:

2  Ira M. Siegel    irasiegel@earthlink.net

3  Louis J. Hoffman    Louis@valuablepatents.com, donald@valuablepatents.com

4  Nicholas Darius Kayhan    nkayhan@kslaw.com, dverduga@kslaw.com, hhauck@kslaw.com

5  Richard Norman Koehler , II    richard@koehlerlawoffice.org

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

8  5:10-cv-05862-HRL Notice sent by U.S. Mail to:

9  Doe 1238
c/o Paul Chin, Esq.
Law Offices of Paul Chin
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279

**United States District Court**
For the Northern District of California

2