IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, | CASE NO. 5:10-cv-05862 EJD (HRL) |
| Plaintiff(s), | **ORDER OF REFERENCE** |
| v. | |
| DOES 1-2010, | [Docket Item No(s). 17, 20, 23, 24, 32, 39] |
| Defendant(s). | |

The court hereby refers the motions designated as Docket Item Nos. 17, 20, 23, 24, 32, and 39 to Magistrate Judge Howard R. Lloyd for a determination of the various discovery issues and for the preparation of a Report and Recommendation on the other issues presented therein.

The motion hearings and Case Management Conference scheduled before this court on October 28, 2011, are VACATED. All parties will be advised of the date, time and place of the rescheduled hearing by notice from Magistrate Judge Lloyd.

**IT IS SO ORDERED.**

Dated: September 28, 2011

EDWARD J. DAVILA
United States District Judge