United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, | CASE NO. 5:10-cv-05862-EJD |
| Plaintiff(s), | **SECOND ORDER OF REFERENCE** |
| v. | |
| DOES 1-2010, | [Re: Docket Item No(s). 42, 43] |
| Defendant(s). | |

The court hereby refers the motions designated as Docket Item Nos. 42 and 43 to Magistrate Judge Howard R. Lloyd for a determination of the various discovery issues and for the preparation of a Report and Recommendation on the other issues presented therein.

The motion hearing scheduled before this court on November 4, 2011 is VACATED. All parties will be advised of the date, time and place of the rescheduled hearing by notice from Magistrate Judge Lloyd.

**IT IS SO ORDERED.**

Dated: October 5, 2011

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:CV 10-05862-EJD
SECOND ORDER OF REFERENCE