Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 310-435-7656
Fax: 310-657-2187

Attorney for Plaintiff Third Degree Films, Inc.



10/6/2011

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Third Degree Films, Inc.<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DOES 1-2010,<br><br>　　　　　　Defendants. | CASE NO. CV-10-05862-EJD<br><br>**Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 135, 166, 383, 384, 385, 604, 712, 762, 879, 964, 1048, 1250, 1282, 1292, 1303, 1347, 1369, 1673, 1690, 1716** |
|---|---|

　　　Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 135 | 173.76.192.217 | 2010-09-14 09:01:31 -0400 |
| Doe 166 | 174.24.134.236 | 2010-10-16 14:58:47 -0400 |
| Doe 383 | 24.186.52.217 | 2010-10-09 19:01:32 -0400 |
| Doe 384 | 24.187.177.238 | 2010-09-19 13:33:47 -0400 |
| Doe 385 | 24.188.161.27 | 2010-10-02 12:52:37 -0400 |
| Doe 604 | 67.149.105.174 | 2010-10-25 19:00:59 -0400 |
| Doe 712 | 67.80.95.206 | 2010-10-04 22:09:58 -0400 |
| Doe 762 | 68.198.87.105 | 2010-10-06 23:11:35 -0400 |
| Doe 879 | 69.113.129.243 | 2010-09-15 13:20:56 -0400 |

| | | |
|---|---|---|
| Doe 964 | 69.92.126.185 | 2010-10-13 18:36:19 -0400 |
| Doe 1048 | 71.164.166.198 | 2010-09-13 13:30:21 -0400 |
| Doe 1250 | 72.24.20.228 | 2010-09-11 15:07:52 -0400 |
| Doe 1282 | 74.103.4.246 | 2010-09-11 23:59:43 -0400 |
| Doe 1292 | 74.129.178.153 | 2010-09-20 23:05:40 -0400 |
| Doe 1303 | 74.140.147.166 | 2010-10-13 18:49:23 -0400 |
| Doe 1347 | 74.89.102.135 | 2010-09-19 18:54:08 -0400 |
| Doe 1369 | 75.173.152.80 | 2010-10-13 10:31:45 -0400 |
| Doe 1673 | 96.233.122.227 | 2010-09-19 13:19:58 -0400 |
| Doe 1690 | 96.248.209.121 | 2010-08-16 17:52:35 -0400 |
| Doe 1716 | 97.123.92.105 | 2010-09-11 23:59:59 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: September 30, 2011

*Ira M. Siegel*

Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 310-435-7656
Fax: 310-657-2187

Attorney for Plaintiff Third Degree Films, Inc.