Christa Branin, Pro Se
Defendant 132
132 Woodlawn Ave.
Collingswood, NJ. 08108

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Third Degree Films, Inc.,
       Plaintiff,                   CASE NO. CV 10-05862 EJD

v.

DOES 1-2010,                   **LIMITED ENTRY OF APPEARANCE**
       Defendants.

**TAKE NOTICE:** The undersigned Defendant 132, pro se, enters her appearance for the limited purpose of contesting this Court's jurisdiction over her.

Dated: 10/15/11

                                     **CHRISTA BRANIN, PRO SE**
                                     DEFENDANT 132

[FILED 2011 OCT 20 P 4:51 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT]