Christa Branin, Pro Se
Defendant 132
33 Woodlawn Ave.
Collingswood, NJ. 08108



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Third Degree Films, Inc.,
    Plaintiff,

v.

DOES 1-2010,
    Defendants

CASE NO. CV 10-05862 EJD

**NOTICE OF MOTION**
RETURNABLE _____ 2011

TO:  Ira M. Siegel, Cal. State Bar No. 78142
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426

**TAKE NOTICE:** The undersigned Defendant 132, Pro Se, seeks the entry of the attached proposed order for the reasons stated in the attached pleadings at a date and time set down by the Court.

Dated: 10/15/11

**CHRISTA BRANIN, PRO SE**
DEFENDANT 132