John Doe #137
IP Address 173.76.35.208
Third Degree Films, Inc.
v. Does 1-2010
Case No. 10-CV-05862-EJD/HRL

September 30, 2011



U.S. District Court
Northern District of California (San Jose Division)
Attn: Clerk's Office
280 S 1st Street
San Jose, CA 95113

**Request For Extension of Time to File Motion To Quash:**

To the Honorable Judge Howard R. Lloyd:

I plan on filing by mail and facsimile a Motion to Quash Subpoena and/or Motion to Dismiss for Lack of Personal Jurisdiction and/or Misjoinder as well as a Motion to Proceed Anonymously, pro se, in the case Third Degree Films, Inc. v. Does 1-2010, Case Number 10-CV-5862-EJD/HRL. I respectfully request a one week extension of time in order to file a motion to quash in the case.

Respectfully Submitted,

*John Doe #137*

John Doe #137
IP Address 173.76.35.208

| | |
|---|---|
| **F A X**  | To: United States District Court |
| | Attn: Clerk's Office |
| | 450 Golden Gate Avenue, Box 36060 |
| | San Francisco, CA 94102-3489 |
| | Fax number: 415-522-3605 |
| | From: John Doe #137<br>I.P. Address 173.76.35.208 |
| | Date: 9/30/2011 |
| | Regarding:<br>Third Degree Films, Inc. v. Does 1-2010, Case Number 10-CV-5862-EJD/HRL |
| | |