**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS,<br><br>    Plaintiff,<br>v.<br>DOES 1-2010,<br><br>    Defendants.                / | CASE NO. 5:10-CV-05862-EJD<br><br>**ORDER DISMISSING DOES 2–2010 WITHOUT PREJUDICE** |

Plaintiff's counsel has filed a number of identical complaints for copyright infringement in this district, each naming more than one thousand Doe defendants. In particular, the complaint in this case is materially identical to the complaint in case no. 5:10-CV-5865-PSG. With respect to issues of joinder, the reasoning of the court in that case is adopted as if set forth fully herein. See Diabolic Video Productions, Inc. v. Does 1–2099, Case No. 5:10-CV-5865-PSG, 2011 WL 3100404 (N.D. Cal. May 31, 2011).

Accordingly, IT IS HEREBY ORDERED that Defendants Does 2–2010 are dropped from the action without prejudice pursuant to Fed. R. Civ. P. 21.

IT IS FURTHER ORDERED that Plaintiff shall send a copy of this order by first class mail within seven (7) days of today's date to every potential defendant to whom Plaintiff has sent any previous mailing that referenced the instant action.

/

/

1   In light of the dismissal of Does 2–2010, IT IS FURTHER ORDERED that the motion (ECF No. 52) filed by Defendant Christa Branin, named as Doe 132, is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: November 10, 2011

_____
EDWARD J. DAVILA
United States District Judge

CASE NO. 5:10-CV-05862-EJD
ORDER DISMISSING DOES 2–2010 WITHOUT PREJUDICE