**\*E-FILED 11-14-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | No. C10-05862 EJD (HRL) |
| Plaintiff, | **ORDER DENYING AS MOOT ALL PENDING MOTIONS TO QUASH OR FOR PROTECTIVE ORDER** |
| v. | |
| DOES 1-2010, | [Re: Docket Nos. 17, 20, 23, 24, 32, 39, 42, 43, 48, 49] |
| Defendants. | |

Does 2 through 2010 having been dismissed (Dkt. No. 58), all pending motions to quash or for protective order are denied as moot.

SO ORDERED.

Dated: November 14, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05862-EJD Notice has been electronically mailed to:

2  Ira M. Siegel    irasiegel@earthlink.net

3  Louis J. Hoffman    Louis@valuablepatents.com, donald@valuablepatents.com

4  Nicholas Darius Kayhan    nkayhan@kslaw.com, dverduga@kslaw.com, hhauck@kslaw.com

5  Richard Norman Koehler , II    richard@koehlerlawoffice.org

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.