Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:    310-435-7656
Fax:    310-657-2187

Attorney for Plaintiff Third Degree Films, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 2010, <br><br> Defendants. | CASE NO. CV 10-05862 EJD-HRL <br><br> **Status Report, Namely That With the Filing of Document 61, No Defendants Remain in the Case** <br><br> JUDGE:  Edward J. Davila, <br> United States District Judge |

Plaintiff hereby reports to the Court that with the filing of Document 61, filed on December 8, 2011, no defendants remain in this case.

Respectfully submitted,

Date: December 8, 2011

*/s/ Ira M. Siegel*
Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:    310-435-7656
Fax:    310-657-2187

Attorney for Plaintiff Third Degree Films, Inc.

Status Report - Case No. CV 10-05862 EJD-HRL          1