

1  Ira M. Siegel, Cal. State Bar No. 78142
   email address: irasiegel@earthlink.net
2  LAW OFFICES OF IRA M. SIEGEL
   433 N. Camden Drive, Suite 970
3  Beverly Hills, California 90210-4426
   Tel:    310-435-7656
4  Fax:    310-657-2187

5  Attorney for Plaintiff Third Degree Films, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THIRD DEGREE FILMS, INC., | CASE NO. CV 10-05862 EJD-HRL |
|---|---|
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe Defendant, Namely Doe 1** |
| v. | |
| DOES 1- 2010, | |
| Defendants. | |

Plaintiff dismisses without prejudice Doe 1 from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: December 8, 2011

Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:    310-435-7656
Fax:    310-657-2187

Attorney for Plaintiff Third Degree Films, Inc.