IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | CASE NO. 5:10-cv-05862 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| DOES 1-2010, | [Docket Item No. 60] |
| Defendant(s). | |

On November 22, 2011, the court ordered Plaintiff Third Degree Films, Inc. ("Plaintiff") to show cause in writing by December 9, 2011, why it failed (1) file documents to show proof of service of the Summons and Complaint on the remaining defendant to comply with Rule 4(l) of the Federal Rules of Civil Procedure; and (2) accomplish service of the Summons and Complaint on the remaining defendant within 120 days of filing the complaint to comply with Rule 4(m) of the Federal Rules of Civil Procedure. See Docket Item No. 60. The court admonished Plaintiff that this action would be dismissed should it fail to show good cause.

On December 8, 2011, Plaintiff filed a voluntary dismissal of Doe 1 as well as a Status Report stating that no defendants remain in this case with the dismissal of Doe 1. See Docket Item Nos. 61, 62. Accordingly, the court orders this case DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December 12, 2011

EDWARD J. DAVILA
United States District Judge